

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00295-CR

Gary Lee **AVANT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR5555
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 13, 2016.

_____
Patricia O. Alvarez, Justice